```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Jane Doe et al

v.                                          Civil No. 22-cv-535-AJ

Google, LLC et al.

<u>ORDER</u>

Amended Complaint Filed:  October 18, 2023

Summons Issued: October 20, 2023

The Court has not received proof that timely effective service was made on the defendant **DFW Job Interlock, Corp.** In accordance with Federal Rule of Civil Procedure 4(m), the case will be dismissed without prejudice against **DFW Job Interlock, Corp.** unless, on or before February 1, 2024, the plaintiff demonstrates that there is good cause for the failure to make timely effective service and for the granting of an extension of time to complete effective service.

SO ORDERED.

Dated:  January 18, 2024

_____
Andrea K. Johnstone
United States Magistrate Judge

cc:   Counsel of Record